AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Block, Frederic | U.S. District Court | 05/08/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

225 Cadman Plaza E.
Eastern District Court of NY
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer | Frederic Block, P.C. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/08/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | SELF-EMPLOYED - OWNER OF CONSTRUCTION COMPANY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Block, Frederic** | 05/08/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BLACKROCK NY MUNI INC. | C | Dividend | L | T | | | | | |
| 2. BLACKROCK MUNIYIELD NY QLT | B | Dividend | K | T | | | | | |
| 3. CALAMOS STRAT TOT RETURN FD | C | Dividend | K | T | | | | | |
| 4. EATON VANCE TX-AD GL DIV GLOBAL DIV INC FD | C | Dividend | L | T | | | | | |
| 5. EATON VANCE TAX DIV INC DIV INC FD | D | Dividend | L | T | | | | | |
| 6. EATON VANCE ENH INC FD II | C | Dividend | K | T | | | | | |
| 7. FIRST TR EXCHANE TRADED FD DOW JONES IN | | None | | | Sold | 01/12/16 | K | B | |
| 8. FIRST TR DORSEY WRT FOCUS 5 ETF SH | | None | | | Sold | 01/12/16 | K | A | |
| 9. ML BANK BANK DEPOSIT PRGM(FIA CARD SERVICES) NA ACCOUNT | A | Interest | L | T | | | | | |
| 10. GLOBAL X SUPERDIVI ETF | | None | | | Sold | 01/12/16 | K | A | |
| 11. GUGGENHEIM RUSSEL TO 50 EFT | A | Dividend | K | T | | | | | |
| 12. INVESTCO SENIOR INC TRUST | C | Dividend | K | T | | | | | |
| 13. ISHARES US CONSUMER GOODS ETF | A | Dividend | K | T | | | | | |
| 14. ISHARES US INDUSTRIALS ET | | None | | | Sold | 01/12/16 | J | A | |
| 15. NUVEEN NY DIV ADV MUNI New Name NUVEEN NY QUALITY MUNI INC FD | C | Dividend | K | T | | | | | |
| 16. POWERSHARES QQQ TRUST SE 1 | A | Dividend | K | T | | | | | |
| 17. POWERSHARES PREFERRED PORTFOLIO | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. POWERSHARES EXCHANGE TRADED FD TR II S7P 500 | A | Dividend | K | T | | | | | |
| 19. POWERSHARES VARIABLE RAT PREF PORTFOLIO | B | Dividend | K | T | | | | | |
| 20. ALLIANZGI NFJ DIV INT PREM STRAT AND PREM STRAT FD | C | Dividend | K | T | | | | | |
| 21. IRA - F. BLOCK | | | | | | | | | |
| 22. ALLIANCEBERNSTEIN GLOBAL HIGH | C | Dividend | L | T | | | | | |
| 23. BLACKROCK INTL GROWTH & INCOME TR | C | Dividend | K | T | | | | | |
| 24. CALMOS STRAT TOT RET RETURN FD | C | Dividend | K | T | | | | | |
| 25. COHEN AND STEERS QUALITY INC REALTY FD INC | C | Dividend | K | T | | | | | |
| 26. DWA TECH LEADERS PORT POWERSHARES ETF | A | Dividend | K | T | | | | | |
| 27. EATON VANCE TAX DIV INC DIV INC FD | C | Dividend | K | T | | | | | |
| 28. EATON VANCE TX-AD GL DIV GL DIV INC FD | C | Dividend | K | T | | | | | |
| 29. EATON VANCE ENH INC FD II | C | Dividend | K | T | | | | | |
| 30. FIRST TR SR FL II SR FLOAT RATE INC FD 11 | C | Dividend | K | T | | | | | |
| 31. FIRST TR NASDQ 100 EQ | | None | | | Sold | 01/15/16 | K | A | |
| 32. FIRST TR DORSEY WRT FOCUS 5 ETF SH | | None | | | Sold | 01/15/16 | K | A | |
| 33. GABELLI DIV & INC TR INC TR | C | Dividend | L | T | | | | | |
| 34. ISHARES US OIL & GAS EXPLORATION & PRODC | | None | | | Sold | 01/04/16 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ISHARES US HEATHCARE | A | Dividend | | | Sold | 01/15/16 | K | D | |
| 36. LOOMIS SAYLES GROWTH FD CL A | | None | | | Sold | 12/19/16 | L | A | |
| 37. BANK OF AMERICA NA RASP ACCOUNT ( FIA CARD SERVICES NA RASP) | A | Interest | K | T | | | | | |
| 38. LOOMIS SAYLES STRAT INC FD CL C | A | Dividend | | | Sold | 12/19/16 | K | A | |
| 39. LORD ABBETT FLOATING RATE FD CL C | B | Dividend | | | Sold | 12/19/16 | L | A | |
| 40. LORD ABBETT BOND DEBENTURE FD CL C | A | Dividend | | | Sold | 07/25/16 | K | A | |
| 41. MORGAN STANLEY EMERGING MARK | C | Dividend | K | T | | | | | |
| 42. POWERSHARES DWA CONSUMER STAPLES MOMTUM PRTFL | A | Dividend | | | Sold | 01/01/16 | K | A | |
| 43. POWERSHARES DWA COMSUMER CYCLICALS MOMNTM PRTFL | A | Dividend | | | Sold | 01/15/16 | K | A | |
| 44. POWERSHARES QQQ TR UNITS SER 1 | A | Dividend | K | T | Sold (part) | 01/15/16 | K | A | |
| 45. POWERSHARES EXCHANGE TRADED FD TR 1 | | None | | | Sold | 05/11/16 | K | A | |
| 46. POWERSHARES S&P INTL DEV LOW VOL PORT | | None | | | Sold | 01/15/16 | K | A | |
| 47. ALLIANZGI NFJ DIVID INT &PR(NFJ DIV INT PREM STRAT AND PREMIUM STRAT) | C | Dividend | K | T | | | | | |
| 48. WESTERN ASSET HIGH INC OPPT FD | C | Dividend | K | T | | | | | |
| 49. GUGGENHEIM S&P 500 TOP 50 | A | Dividend | K | T | Buy | 01/04/16 | K | | |
| 50. ISHARES US UTILITIES | A | Dividend | K | T | Buy | 02/09/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. FIRST TRUST CLOUD | A | Dividend | K | T | Buy | 02/09/16 | K | | |
| 52. DWA TECH LEADERS | | None | | | Buy | 02/09/16 | K | | |
| 53. DWA TECH LEADERS | | None | | | Sold | 05/11/16 | K | A | |
| 54. POWERSHARES QQQ TRUST | | None | J | T | Buy (add'l) | 02/09/16 | J | | |
| 55. FIRST TR DORSEY WRT | | None | | | Buy (add'l) | 02/09/16 | J | | |
| 56. FIRST TR DORSEY WRT | | None | | | Sold | 04/28/16 | J | A | |
| 57. SPDR S&P 500 ETF | A | Dividend | | | Buy | 02/09/16 | K | | |
| 58. SPDR S&P 500 ETF | | None | | | Sold | 05/11/16 | K | A | |
| 59. LOOMIS SAYLES CORE PLUS | B | Dividend | | | Buy | 05/12/16 | L | | |
| 60. LOOMIS SAYLES CORE PLUS | | None | | | Sold | 12/19/16 | L | A | |
| 61. ISHARES EDGE MSCI | A | Dividend | K | T | Buy | 05/12/16 | K | | |
| 62. ISHARES US REAL ESTATE | A | Dividend | K | T | Buy | 05/12/16 | K | | |
| 63. SPDR GOLD TRUST | | None | | | Buy | 07/06/16 | K | | |
| 64. SPDR GOLD TRUST | | None | | | Sold | 12/20/16 | K | A | |
| 65. ISHARES US INDUSTRIALS | A | Dividend | K | T | Buy | 07/25/16 | K | | |
| 66. BANK OF AMERICA NA RASP ACCOUNT | A | Interest | K | T | | | | | |
| 67. BANK OF SMITHTOWN ACCOUNT | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. BANK OF AMERICA NA RASP ACCOUNT(1) | A | Interest | J | T | | | | | |
| 69. APPLE INC. (1) | A | Dividend | J | T | | | | | |
| 70. FACEBOOK INC CLASS A COMM(1) | | None | J | T | | | | | |
| 71. FORTINET INC(1) | | None | | | Sold | 04/01/16 | J | A | |
| 72. ISHARES US OIL & GAS EXPL & PRODC(1) | A | Dividend | | | Sold | 04/01/16 | J | A | |
| 73. JP MORGAN CHASE & CO.(1) | A | Dividend | | | Sold | 04/01/16 | J | A | |
| 74. NXP SEMICONDUCTORS N.V.(1) | | None | | | Sold | 04/01/16 | J | A | |
| 75. SKYWORKS SOLUTIONS INC(1) | A | Dividend | | | Sold | 04/01/16 | J | A | |
| 76. SPOR INDEX SHS FDS(1) | A | Dividend | | | Sold | 04/01/16 | J | A | |
| 77. SPOR SP EMERG ASIA PAC(1) | | None | | | Sold | 04/01/16 | J | A | |
| 78. DWA TECH LEADERS PORT POWERSHARES ETF (1) | | None | | | Sold | 04/01/16 | J | A | |
| 79. FIRST TR DORSEY WRT FOCUS 5 ETF SH (1) | | None | | | Sold | 04/01/16 | J | A | |
| 80. FIRST TRUST EXCHANGE TRADED (1) | | None | | | Sold | 04/01/16 | J | A | |
| 81. IRA-F. BLOCK (2) | | | | | | | | | |
| 82. CONSUMER DISCRETIONARY (2) | | None | K | T | Buy | 12/21/16 | K | | |
| 83. HEALTHCARE SELECT SPDR (2) | | None | J | T | Buy | 12/21/16 | J | | |
| 84. ISHARES MSCI EAFE (2) | A | Dividend | K | T | Buy | 12/21/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. ISHARES IBOXX (2) | A | Dividend | J | T | Buy | 12/21/16 | J | | |
| 86. ISHARES TIPS (2) | | None | J | T | Buy | 12/21/16 | J | | |
| 87. ISHARES 3-7 YEAR (2) | A | Dividend | J | T | Buy | 12/21/16 | J | | |
| 88. ISHARES MBS ETF (2) | A | Dividend | K | T | Buy | 12/21/16 | K | | |
| 89. ISHARES IBOXX HIGH YIELD (2) | A | Dividend | J | T | Buy | 12/21/16 | J | | |
| 90. ISHARES INC CORE MSCI (2) | A | Dividend | J | T | Buy | 12/21/16 | J | | |
| 91. MATERIALS SELECT SECTOR (2) | | None | J | T | Buy | 12/21/16 | J | | |
| 92. POWERSHARES EM SOVEREIGN (2) | | None | J | T | Buy | 12/21/16 | J | | |
| 93. POWERSHARES PREFERRED (2) | | None | J | T | Buy | 12/21/16 | J | | |
| 94. REAL ESTATE SELECT (2) | | None | J | T | Buy | 12/21/16 | J | | |
| 95. SECTOR SPDR CONSMRS (2) | | None | K | T | Buy | 12/21/16 | K | | |
| 96. SECTOR SPDR ENERGY (2) | | None | J | T | Buy | 12/21/16 | J | | |
| 97. SECTOR SPDR INDUSTRIAL (2) | | None | K | T | Buy | 12/21/16 | K | | |
| 98. SECTOR SPDR UTILITIES (2) | | None | J | T | Buy | 12/21/16 | J | | |
| 99. SPDR S&P INSURANCE (2) | | None | J | T | Buy | 12/21/16 | J | | |
| 100. VANECK VECTORS JP (2) | | None | J | T | Buy | 12/21/16 | J | | |
| 101. VANGUARD FINANCIALS ETF (2) | | None | J | T | Buy | 12/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102.  VANGUARD INFORMATION (2) | | None | K | T | Buy | 12/21/16 | K | | |
| 103.  VANGUARD TELECOMM SRVCS (2) | | None | J | T | Buy | 12/21/16 | J | | |
| 104.  VANGUARD INTERMEDIATE (2) | A | Dividend | K | T | Buy | 12/21/16 | K | | |
| 105.  VANGUARD SHORT TERM BOND (2) | A | Dividend | J | T | Buy | 12/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Block, Frederic | 05/08/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frederic Block**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544